UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| GEORGE E. SULLIVAN II, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:23-CV-00402-LEW |
| | ) | |
| HARVEY NICHOLS, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On December 11, 2023, the United States Magistrate Judge filed with the court, with copies to Plaintiff, her Recommended Decision After Preliminary Review (ECF No. 10). For the reasons set forth in her Recommended Decision, the Magistrate Judge recommended that the court dismiss Plaintiff's complaint. The time within which to file an objection has expired and no objection was filed. The Magistrate Judge notified Plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's complaint is hereby DISMISSED.

**SO ORDERED.**

Dated this 26th day of January, 2024

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE